UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANTONIO MERINO ORTEGA,

    Plaintiff,

v.                                             Case No: 8:24-cv-2620-WFJ-TGW

BRYCE C. ERICKSON,

    Defendant.

_____/

**O R D E R**

    The Court has been advised by **the Notice of Settlement (Dkt. 23)** that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

    **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. The Clerk is directed to terminate any pending motions/deadlines and to CLOSE the file.

    **DONE** and **ORDERED** in Tampa, Florida on August 11, 2025.

                                                           s/*William F. Jung*
                                                           **WILLIAM F. JUNG**
                                                           **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record